DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLAN JOSUE FUNEZ OSORTO, <br><br> Defendant. | NO. 19-0381-04 CRB <br><br> JOINT MOTION AND [~~PROPOSED~~] ORDER TO SCHEDULE A CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

On May 11, 2020, the Court issued an Order, dkt. 210, rejecting the plea agreement entered into by the parties on May 5, 2020, *see* dkt. 206. In light of the Court's Order, the parties jointly move to set a new change of plea hearing for Defendant Allan Josue Funez Osorto on June 3, 2020, directly prior to the currently scheduled sentencing. The parties anticipate presenting the Court with a revised plea agreement that the parties believe may address the Court's concerns raised in its Order.

Paragraph 5, referenced in the Court's order, no longer includes language regarding 18 U.S.C. § 3582(c). With that revision, Paragraph 5 of the standard plea agreement now states:

> I agree not to file any collateral attack on my conviction or sentence, including a petition under 28 U.S.C. § 2255 or 28 U.S.C. § 2241, except

that I reserve my right to claim that my counsel was ineffective.

The parties also agree and jointly request that the time from May 5, 2020 (the date of the original change of plea hearing) and June 3, 2020, be excluded from the calculation under The Speedy Trial Act for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel will need time with an interpreter to explain the procedural posture to his client, as well as to go over the revised agreement. The parties further stipulate and agree that the ends of justice served by excluding the time from May 5, 2020 through June 3, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: May 15, 2020                                         Respectfully submitted,

                                                            DAVID L. ANDERSON
                                                            United States Attorney

                                                             /s
                                                            SAILAJA M. PAIDIPATY
                                                            Assistant United States Attorney

DATED: May 15, 2020

                                                             /s
                                                            ADAM GASNER
                                                            Attorney for Defendant Funez
                                                            Osorto


[~~PROPOSED~~] ORDER

Good cause having been show, a change of plea hearing will be scheduled for June 3, 2020, at 10:00 a.m.  Based upon the facts set forth above, the Court finds that failing to exclude the time from May 5, 2020 through June 3, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 2, 2020 to June 3, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 2, 2020 through June 3, 2020, shall be excluded

from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: May 18, 2020

HON. CHARLES R. BREYER
United States District Judge